```
SEMNAR & HARTMAN, LLP
BABAK SEMNAR (SBN 224890)
bob@sandiegoconsumerattorneys.com
JARED M. HARTMAN (SBN 254860)
jared@sandiegoconsumerattorneys.com
400 S. Melrose Dr., Suite 209
Vista, CA 92081
Telephone: (951) 293-4187
Facsimile: (888) 819-8230
```

Attorneys for Plaintiff
ROSARIO MERCADO

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO MERCADO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNTAIN LION ACQUISITIONS, INC., et al.<br><br>Defendant. | Case No. 5:17-cv-0268-PSG-KK<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL PENDING DATES/DEADLINES/HEARINGS** |

PLEASE TAKE NOTICE, the Parties to this matter, Plaintiff ROSARIO MERCADO ("Plaintiff") and Defendant MOUNTAIN LION ACQUISITIONS, INC. ("Defendant") (collectively, the "Parties") have reached a settlement of all claims in this matter.

Once execution of the terms is accomplished, the Parties will file a joint motion to dismiss all claims, with prejudice, with each party to bear its own costs and attorneys' fees.

As such, the Parties request that the Court vacate all pending dates/deadlines/hearings and place this matter on the Court's inactive calendar for a period of 60 days pending final execution of terms.

By their respective signatures below, counsel for each party acknowledges

1

having reviewed this joint notice and have approved for filing.

DATED: 5-4-17                                         Respectfully submitted,

                                                      */s/ Jared M. Hartman*
                                                      Jared M. Hartman, Esq.
                                                      Semnar & Hartman, LLP
                                                      Attorneys for Plaintiff

DATED: 5-4-17                                         Respectfully submitted,

                                                      */s/ John Marshall*
                                                      John Marshall, Esq.
                                                      D. Scott Carruthers, APLC
                                                      Attorneys for Defendant

**PROOF OF SERVICE**

Mercado v. Mountain Lion Acquisitions, Inc            **Case No.:** 5:17-cv-0268-PSG-KK

I am employed in the County of San Diego, State of California. I am over the age of 18 and am not a party to the within action; my business address is 400 South Melrose Drive, Suite 209, Vista, California 92081. On the date provided below, I served the foregoing document described below on the interested parties in this action by placing same in a sealed envelope.
**JOINT NOTICE OF SETTLEMENT** was served on:

| D Scott Carruthers, Esq.<br>John Marshall, Esq.<br>D. Scott Carruthers, APLC<br>8448 Katella Ave./P.O. Box 228<br>Stanton, CA 90680<br>Fax: 1-714-761-1754<br>Attorneys for Defendant | |
|---|---|

☐ **(BY MAIL)** – I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Vista, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Vista, California, in the ordinary course of business. I am fully aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

☐ **(BY FACSIMILE)** – I caused the above described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated above and the activity report(s) generated by facsimile number (888) 819-8230 indicating on all pages that they were transmitted.

☐ **(BY PERSONAL SERVICE)** – I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

☐ **(STATE)** – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. **Via Electronic Service**: The above-described documents will be delivered electronically through the court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

Dated: 5-4-17                    */s/ Jared M. Hartman*
                                 Jared M. Hartman, Esq.

1
**PROOF OF SERVICE**